# NO. 12-23-00210-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE: AAA BROTHERS HOLDINGS, LLC AND TRI-STATE TRUCKING, LLC,* | § | |
| | § | *ORIGINAL PROCEEDING* |
| *RELATORS* | § | |

## MEMORANDUM OPINION
### PER CURIAM

Relators, AAA Brothers Holdings, LLC (AAA) and Tri-State Trucking, LLC (Tri-State), filed this original proceeding to challenge Respondent's denial of their motion to transfer venue.[1] On October 11, 2023, this Court conditionally granted the petition and directed Respondent to vacate his July 25, 2023, order denying Relators' motions to transfer venue, and in its stead, to issue an order granting the motion and ordering the case transferred to Mitchell County, Texas. By an order signed on October 17, Respondent complied with this Court's opinion and order, rendering this proceeding moot. Accordingly, we *dismiss* the petition for writ of mandamus as *moot*.

Opinion delivered October 31, 2023.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

---

[1] Respondent is the Honorable Jerald (Dean) Fowler, II, Judge of the 115th District Court in Upshur County, Texas. Real Parties in Interest include (1) Tiffany Anderson, as representative of the Estate of Skyler Anderson and as parent and next friend of L.A., W.A., B.A., and J.A., minor children, (2) Frank and Kimberly Anderson, (3) Ynunen A. Abshagen, as personal representative of the Estate of Oscar Garcia, (4) Ana Karen Chavira, Miguel Chavira, and Jesus Chavira, as personal representatives and heirs of the estate of Maximo Chavira Castillo, and (5) Jessica Questa, as parent and next friend of H.M., minor child.



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

OCTOBER 31, 2023

NO. 12-23-00210-CV

**AAA BROTHERS HOLDINGS, LLC AND TRI-STATE TRUCKING, LLC,**
Relators
V.

**HON. HON. JERALD (DEAN) FOWLER II,**
Respondent

### ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus filed by AAA Brothers Holdings, LLC and Tri-State Trucking, LLC; who are the relators in appellate cause number 12-23-00210-CV and defendants in trial court cause number 472-19, pending on the docket of the 115th Judicial District Court of Upshur County, Texas. Said petition for writ of mandamus having been filed herein on August 18, 2023, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*